435 A.2d 1326

Commonwealth ex rel. Jamie Armstrong v. Donald D. Armstrong and Lucy M. Armstrong.

Commonwealth ex rel. Daniel Armstrong v. Donald D. Armstrong and Lucy M. Armstrong.

Appeal of Donald D. Armstrong.

 Argued November 11, 1980. Henry A. Hudson, Jr., for appellant; Lucy Armstrong, appellee, in propria persona.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Orders affirmed.